IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES PEACH,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-143 |
| | : | |
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 30th day of June, 2014, upon consideration of the defendant's motion for transfer of venue pursuant to 28 U.S.C. § 1404 (Doc. No. 8), it is hereby **ORDERED** that the motion is **GRANTED**.

This action is transferred to the United States District Court for the Southern District of Ohio.

BY THE COURT:


/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.